# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### OFFICE OF THE CLERK

Lewis F. Powell, Jr. U.S. Courthouse Building
1000 East Main Street
Suite 305
Richmond, Virginia 23219

**FERNANDO GALINDO**
**CLERK OF COURT**

| Telephone: | Area Code 804 |
|---|---|
| Administrative | 916-2200 |
| Jury-Financial | 916-2212 |
| Criminal | 916-2230 |
| Civil | 916-2220 |
| Web site | www.vaed.uscourts.gov |

April 22, 2009

Jerome Moore
Regina Moore
P. O. Box 8144
Norfolk, VA 23503

RE: Jerome D. Moore and Regina L. Moore v. Chex System Inc., et al.
Civil Action No. 3:09CV198

Dear Mr. and Mrs. Moore:

Please provide the following information so that summons may be issued for service of your complaint. For each defendant, please provide the name of an individual at each defendant company and a complete address at which to serve Chex System Inc., Experian, Inc., and First Data Corporation.

Once that information is received the summons will be issued and forwarded to the Marshal Service so that your complaint is served on each defendant.

Sincerely,

Carolyn McCracken
Deputy Clerk

/cm

Dear Mr. Fields:

---