IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**JEROME D. MOORE, and**
**REGINA L. MOORE,**

    **Plaintiffs,**

    v.                                            Civil Action No. 3:09cv198

**CHEX SYSTEMS INC.,** *et al.***,**

    **Defendants.**

## JOINT NOTICE OF SETTLEMENT

Plaintiffs Jerome D. Moore and Regina L. Moore, pro se, and Defendant Chex Systems, Inc., by counsel, hereby submit notice to the Court that the matters at issue between them in the present action, which concern the claims set forth in Plaintiffs' Amended Complaint, have been compromised, agreed, and settled. Plaintiffs and Defendant are circulating an Order to Dismiss to obtain original signatures and to submit for entry by the Court.

Respectfully submitted,

WE ASK FOR THIS:

   /s/ Ethan G. Ostroff
John C. Lynch (VSB # 39267)
Ethan G. Ostroff (VSB # 71610)
Counsel for Defendant Chex Systems, Inc.
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7765
Facsimile: (757) 687-1504
E-mail: john.lynch@troutmansanders.com
E-mail: ethan.ostroff@troutmansanders.com

2

    /s/ Jerome D. Moore – with permission
Plaintiff Jerome D. Moore, pro se
5393 Wesleyan Drive
Virginia Beach, Virginia 23455

    /s/ Regina L. Moore – with permission
Plaintiff Regina L. Moore, pro se
5393 Wesleyan Drive
Virginia Beach, Virginia 23455

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of April, 2011, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participants:

**Counsel for Defendant Equifax Inc.**
John W. Montgomery, Jr.
Montgomery & Simpson, LLP
2116 Dabney Road, Suite A-1
Richmond, Virginia 23230
Email: jmontgomery@jwm-law.com

I further certify that on this 26th day of April, 2011, a true and correct copy of the foregoing was sent via first class mail, postage prepaid, to the following non-CM/ECF participants:

**Plaintiffs,** *pro se*
Jerome D. Moore
Regina L. Moore
P. O. Box 10792
Norfolk, VA 23513

/s/ Ethan G. Ostroff
Ethan G. Ostroff (VSB No. 71610)
Counsel for Chex Systems, Inc.
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7541
Facsimile: (757) 687-1541
E-mail: ethan.ostroff@troutmansanders.com

416896v1