

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JEROME D. MOORE, and
REGINA L. MOORE,

    Plaintiffs,

v.                                                 Civil Action No. 3:09cv198

CHEX SYSTEMS INC., *et al.*,

    Defendants.

## ORDER

Upon the representations of Plaintiffs Jerome D. Moore and Regina L. Moore, pro se, and Defendant Chex Systems, Inc., by counsel, that these parties have settled their dispute in this matter, as evidenced by the endorsement of counsel for Defendant Chex Systems, Inc. and the endorsement of Plaintiffs Jerome D. Moore and Regina L. Moore, pro se, it is hereby **ORDERED** that Plaintiffs' Amended Complaint is **DISMISSED WITH PREJUDICE.**

**IT IS SO ORDERED.**

Entered this 2nd day of May, 2011.

                                                        /s/
                                 James R. Spencer
                                 Chief United States District Judge



WE ASK FOR THIS:

_[signature]_
John C. Lynch (VSB # 39267)
Ethan G. Ostroff (VSB # 71610)
Counsel for Defendant Chex Systems, Inc.
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7765
Facsimile: (757) 687-1504
E-mail: john.lynch@troutmansanders.com
E-mail: ethan.ostroff@troutmansanders.com

_[signature]_
Plaintiff Jerome D. Moore, pro se
5393 Wesleyan Drive
Virginia Beach, Virginia 23455

_[signature: Regina L. Moore]_
Plaintiff Regina L. Moore, pro se
5393 Wesleyan Drive
Virginia Beach, Virginia 23455

416895v1